UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT ALDRICH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-11282-JLT |
| | * | |
| TOWN OF MILTON, MILTON POLICE DEPARTMENT, MICHAEL BREEN, LAWRENCE LUNDRIGAN, OFFICER NEE, PAUL NOLAN, CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KEVIN DOOGAN, MICHAEL LINSKY, AND JOHN NGUYEN, | * * * * * * * | |
| | * | |
| Defendants. | * | |

ORDER

April 5, 2010

TAURO, J.

After reviewing Parties' submissions, this court hereby orders that Defendant Boston Police Department's Motion to Dismiss [#22] is ALLOWED. The Boston Police Department is not an independent legal entity, but a department of the City of Boston and, as such, any claims against the Police Department are properly brought against the City.[1] Notably, the Complaint in this case already alleges the same eighteen counts against both the Boston Police Department and the City of Boston. Accordingly, this court finds it appropriate to dismiss this action as to Defendant Boston Police Department.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] Stratton v. City of Boston, 731 F.Supp. 42, 46-47 (D.Mass. 1989).