UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert Aldrich
           Plaintiff

v.                                          Civil Action Number 09-CV-11282-JLT

Town of Milton, et al.
           Defendant

## LIMITED APPOINTMENT OF COUNSEL
## PURSUANT TO THE PRO SE MEDIATION PROGRAM

The Court hereby appoints the herein named attorney to represent the pro se party solely for the limited purpose of assisting the pro se party in connection with mediation proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. On notice to the Court, appointed counsel may seek to end the representation of the pro se party upon completion of the mediation proceedings.

| | |
|---|---|
| Name of Appointed Counsel: | Ilene Robinson Sunshine |
| Law Firm: | SULLIVAN & WORCESTER LLP |
| Street Address: | One Post Office Square |
| Suite Number: | Suite 2300 |
| City, State & Zip Code: | Boston, MA 02109 |
| Telephone Number: | 617.338.2800 |

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Counsel Pursuant to the Pro Se Mediation Program.

3/2/2011
Date

Pro se party        Robert Aldrich

3/8/11
Date

Counsel