**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Robert Aldrich
        Plaintiff(s)

V.

CIVIL ACTION

NO. 09-cv-11282-JLT

Town of Milton, et al
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF JUDGE Joseph L. Tauro

[ ]     The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]     On _____5/18/2011_____ I held the following ADR proceeding:

         _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
         ___X___ MEDIATION                        _____ SUMMARY BENCH / JURY TRIAL
         _____ MINI-TRIAL                       _____ SETTLEMENT CONFERENCE

        All parties were represented by counsel [except _____]

        The parties were / were not present in person or by authorized corporate officer [except _____].

        The case was:

[ ]     Settled. Your clerk should enter a _____ day order of dismissal.

[X]     There was progress. A further telephone conference has been scheduled for _____ unless the case is reported settled prior to that date or the parties decided to no longer proceed with mediation.

[ ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[**X**]     Suggested strategy to facilitate settlement:

        **After participating in the May 18, 2011 mediation, the parties agree that they would benefit from further discovery. The parties have agreed to return to mediation after the conclusion of discovery, or earlier if it appears mutually beneficial.**

    5/27/11                               **/s/ JENNIFER C. BOAL**
     DATE                                  ADR Provider