UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT ALDRICH,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF MILTON,<br>MILTON POLICE DEPARTMENT,<br>MICHAEL BREEN, LAWRENCE<br>LUNDRIGAN, CHRISTOPHER NEE,<br>PAUL NOLAN, CITY OF BOSTON,<br>KEVIN DOOGAN and JOHN NGUYEN,<br><br>Defendants. | C.A. NO. 09-CA-11282-JLT |

## JOINT STATEMENT OF PARTIES

The undersigned parties submit this joint statement in accordance with the Order of the Court (Collings, Magistrate Judge) dated January 12, 2012. All of the parties <u>do</u> <u>not</u> <u>consent</u> to the reassignment of this case to a Magistrate Judge pursuant to 28 U.S.C. §636(c).

ROBERT ALDRICH,

By his attorneys,

/s/ *Ilene Robinson Sunshine*
Ilene Robinson Sunshine (BBO # 423000)
isunshine@sandw.com
Courtney Evanchuk (BBO #668118)
cevanchuk@sandw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)

MICHAEL BREEN,

By his attorney,

/s/ *Jeremy I. Silverfine*
Jeremy I. Silverfine (BBO #542779)
jsilverfine@bhpklaw.com
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
699 Boylston Street
Boston, MA 02116
617 880 7100 (phone)

- 2 -

TOWN OF MILTON, LAWRENCE
LUNDRIGAN, CHRISTOPHER NEE and
PAUL NOLAN,

By their attorney,

*/s/ John J. Cloherty II*
John J. Cloherty III (BBO #566522)
*jcloherty@piercedavis.com*
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
617 350 0950 (phone)


CITY OF BOSTON, KEVIN DOOGAN and
JOHN NGUYEN,

By their attorneys,

*/s/ Raquel Ruano*
Raquel Ruano (BBO #658735)
*raquel.ruano@cityofboston.gov*
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617 635 4039 (phone)

Dated: January 27, 2012