# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS
C.A. No. 09-11282-JLT

ROBERT ALDRICH,
    Plaintiff,

v.

TOWN OF MILTON, MILTON POLICE DEPARTMENT, MICHAEL BREEN, LAWRENCE LUNDRIGAN, **** NEE, PAUL NOLAN, CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KEVIN DOOGAN, MICHAEL LINSKY, JOHN NGUYEN,
    Defendants.

## NOTICE OF TAKING DEPOSITION

TO: Ilene R. Sunshine, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109

John J. Cloherty, III, Esquire
Pierce David & Perritano, LLP
90 Canal Street
Boston, MA 02114

Jeremy Silverfine
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

    Please take notice that on **May 17, 2012 at 10:00am,** at the offices of the City of Boston Law Department, Room 615, City Hall, Boston, MA 02201, the Defendant City of Boston in the above-entitled action, by its attorney, will take the deposition upon oral examination of the **Robert Aldrich Sr.**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
William F. Sinnott, Corporation Counsel

By its attorney:

*/s/ Raquel D. Ruano*
Raquel D. Ruano
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4039
BBO# 658735

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

5/4/12    */s/ Raquel D. Ruano*
Date        Raquel D. Ruano

UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS

C.A. No. 09-11282-JLT

ROBERT ALDRICH,
    **Plaintiff,**

v.

TOWN OF MILTON, MILTON POLICE DEPARTMENT, MICHAEL BREEN, LAWRENCE LUNDRIGAN, \*\*\*\* NEE, PAUL NOLAN, CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KEVIN DOOGAN, MICHAEL LINSKY, JOHN NGUYEN,
    **Defendants.**

## NOTICE OF TAKING DEPOSITION

TO: Ilene R. Sunshine, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109

John J. Cloherty, III, Esquire
Pierce David & Perritano, LLP
90 Canal Street
Boston, MA 02114

Jeremy Silverfine
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

    Please take notice that on **May 18, 2012 at 10:00am**, at the offices of the City of Boston Law Department, Room 615, City Hall, Boston, MA 02201, the Defendant City of Boston in the above-entitled action, by its attorney, will take the deposition upon oral examination of the **Phyllis White**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
William F. Sinnott, Corporation Counsel

By its attorney:

/s/ Raquel D. Ruano
Raquel D. Ruano
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4039
BBO# 658735

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

5/4/12   /s/ Raquel D. Ruano
Date    Raquel D. Ruano