# United States District Court
# District of Massachusetts

ROBERT ALDRICH,
    Plaintiff,

v.                                  CIVIL ACTION NO. 2009-11282-JLT

TOWN OF MILTON,
MILTON POLICE DEPARTMENT,
MICHAEL BREEN,
LAWRENCE LUNDRIGAN,
**** NEE,
PAUL NOLAN,
CITY OF BOSTON,
BOSTON POLICE DEPARTMENT,
KEVIN DOOGAN,
MICHAEL LINSKY,
JOHN NGUYEN,
    Defendants.

## *REPORT AND RECOMMENDATION ON DEFENDANT CITY OF BOSTON'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56 (#172)*

COLLINGS, U.S.M.J.

    Since the plaintiff has failed to file an opposition to Defendant City of

Boston's Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56 (#172), there is simply *no evidence* to support plaintiff's allegations that the City of Boston has any unconstitutional policies, customs or practices which would give rise to liability under the theory articulated in *Monell v. Department of Social Services,* 436 U.S. 658 (1978). Accordingly, the City of Boston is entitled to summary judgment in its favor.

I RECOMMEND that Defendant City of Boston's Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56 (#172) be ALLOWED as to all claims which have been brought against it.

The parties are hereby advised that any party who objects to this recommendation must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply to file objections shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v.*

*Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 28, 2012.