UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT ALDRICH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-11282-JLT |
| | * | |
| TOWN OF MILTON, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 11, 2012

TAURO, J.

1. This court ACCEPTS and ADOPTS the June 28, 2012 Report and Recommendation on Defendant Kevin Doogan's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#220] of Magistrate Judge Collings. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant Kevin Doogan's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#174] is ALLOWED as to all claims against Defendant Doogan except the claim that he used excessive force in effectuating Plaintiff's March 12, 2007 arrest. Defendant Kevin Doogan's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#174] is DENIED as to the claim that he used excessive force in effectuating Plaintiff's March 12, 2007 arrest.

2. This court ACCEPTS and ADOPTS the June 28, 2012 Report and Recommendation on Defendant John Nguyen [sic] Motion for Summary

1

Judgment Pursuant to Fed. R. Civ. P. 56 [#221] of Magistrate Judge Collings. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant John Nguyen [sic] Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#177] is ALLOWED.

3. This court ACCEPTS and ADOPTS the June 28, 2012 Report and Recommendation on Defendant Paul Nolan's Motion for Judgment on the Pleadings and Motion for Summary Judgment [#222]. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant Paul Nolan's Motion for Judgment on the Pleadings and Motion for Summary Judgment [#168] is ALLOWED.

4. This court ACCEPTS and ADOPTS the June 28, 2012 Report and Recommendation on Defendant City of Boston's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#223]. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant City of Boston's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [#172] is ALLOWED.

5. This court ACCEPTS and ADOPTS in part the June 28, 2012 Report and Recommendation on Defendants Lawrence Lundrigan's and Officer Nee's Motion for Summary Judgment [#219]. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant Lawrence Lundrigan's and Officer Nee's Motion for Summary Judgment [#167] is ALLOWED as to both Defendant Nee and Lundrigan with respect to the alleged unconstitutional

stop of Plaintiff, with respect to any claim of assault and battery, with respect to any claim of civil conspiracy, and as to Defendant Nee, with respect to the alleged unconstitutional search of Plaintiff's vehicle. In light of <u>Defendant Lawrence Lundrigan's Limited Objection to Magistrate Judge's Report and Recommendation on Summary Judgment</u> [#229] the court will take under advisement <u>Defendant Lawrence Lundrigan's and Officer Nee's Motion for Summary Judgment</u> as it applies to the claim of Defendant Lundrigan's alleged unconstitutional search of Plaintiff's vehicle. An order will issue.

6. <u>Defendants Town of Milton, Milton Police Department, Lawrence Lundriga, Officer Nee, Pal Nolan's Motion for Separate Trial</u> [#209] is DENIED.

7. <u>Plaintiff's Motion to Trial Judge for Relief from Judgment or Order</u> [#230] is DENIED.

8. <u>Plaintiff's Motion to Trial Judge to Stay Proceeeidngs</u> [sic] [#233] is DENIED.

IT IS SO ORDERED.

_____  /s/ J Tauro
United States District Judge