UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT ALDRICH,                    *
                                   *
          Plaintiff,               *
                                   *
v.                                 *          Civil Action No. 09-11282-JLT
                                   *
TOWN OF MILTON, et al.,            *
                                   *
          Defendants.              *

ORDER

July 24, 2012

TAURO, J.

1.     After reviewing Defendant Lawrence Lundrigan's Limited Objection to Magistrate

       Judge's Report and Recommendation on Summary Judgment [#229], this court

       ACCEPTS and ADOPTS Magistrate Judge Collings' Report and

       Recommendation on Defendants Lawrence Lundrigan's and Officer Nee's Motion

       for Summary Judgment [#219] as it applies to the claim of Defendant Lundrigan's

       alleged unconstitutional search of Plaintiff's vehicle.[1]

2.     After reviewing Magistrate Judge Collings Report and Recommendation on

       Defendants Town of Milton and Milton Police Department's Motion for Summary

       Judgment [#234] and Plaintiff's Objections to the Magistrate's Report and

       Recommendation on Defendant Town of Milton and Milton Police Department's

_____

[1] This court previously accepted and adopted Magistrate Judge Collings Report and
Recommendation on Defendants Lawrence Lundrigan's and Officer Nee's Motion for Summary
Judgment [#219] as it applies to all other claims raised in Defendants Lawrence Lundrigan's and
Officer Nee's Motion for Summary Judgment [#167].  See Order [#242].

1

Motion for Summary Judgment [#246], this court ACCEPTS and ADOPTS the July 9, 2011 <u>Report and Recommendation</u> [#234].  For the reasons set forth in the <u>Report and Recommendation</u> [#234], this court hereby orders that <u>Defendants Town of Milton and Milton Police Department's Motion for Summary Judgment</u> [#166] is ALLOWED.

3.  After reviewing Magistrate Judge Collings <u>Report and Recommendation on Defendant Michael Breen's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment Against Defendant Michael Breen Under 42 U.S.C. § 1983</u> [#235], <u>Plaintiff's Objections to the Magistrate Judge's Report and Recommendation on Defendant Michael Breen's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment Against Defendant Michael Breen</u> [#247], and <u>Defendant's, Michael Breen, Limited Objection to Magistrate Judge's Report and Recommendation on Summary Judgment</u> [#251], this court ACCEPTS and ADOPTS the recommendation in the July 9, 2012 <u>Report and Recommendation</u> [#235].  This court hereby orders that <u>Defendant Michael Breen's Motion for Summary Judgment</u> [#158] and <u>Plaintiff's Motion for Partial Summary Judgment Against Defendant Michael Breen Under 42 U.S.C. § 1983</u> are DENIED.  Whether Defendant Breen needed reasonable suspicion or probable cause to initiate his interaction with Plaintiff is an issue better addressed by the parties in motions *in limine*.  The court, nonetheless, finds that there is a material fact in dispute as to whether Defendant Breen had either reasonable suspicion or probable cause to initiate his interaction with Plaintiff.

4.      <u>Plaintiff's Motion to Trial Judge Requesting Continuance of Trial</u> [#239],

<u>Plaintiff's Motion to Trial Judge to St[r]ike Defendants' Attorneys' Unsworn</u>

<u>Statement of Facts, and Attached Depositions and Exhibits Filed with Summary</u>

<u>Judgment Motions, as Being Inadmissible Evidence Because It Was not</u>

<u>Authenticated by Affidavits</u> [#240], and <u>Plaintiff's Motion to Trial Judge</u>

<u>Requesting Additional Discovery of Concealed Bankruptcy Proceedings Filed by</u>

<u>Defendant Michael Breen</u> [#241] are STRICKEN.  These motions were filed by

the Plaintiff, not his counsel.  At a Status Conference held before Magistrate Judge

Collings on June 29, 2011, Magistrate Judge Collings explained to Plaintiff that he

was now represented by counsel and the he could no longer file pleadings pro se.

Magistrate Judge Collings made it clear that all pleadings filed on behalf of Plaintiff

must be filed by his counsel, and Plaintiff acknowledged that he understood this

requirement.


IT IS SO ORDERED.


         <u>    /s/ Joseph L. Tauro    </u>
         United States District Judge