

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

December 13, 2012

**OVERNIGHT DELIVERY**

Ms. Jennifer Gaudet
Courtroom Clerk to
Honorable William G. Young
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   Robert Aldrich v. Town of Milton et al.
      Civil Action No. 09-CA-11282-RGY

Dear Ms. Gaudet:

I was the court-appointed pro bono counsel to Plaintiff Robert Aldrich in the above matter. On November 8, 2012, Judge Young allowed my motion for leave to withdraw as counsel. I am writing to provide the Court with a status report on my efforts to transfer Mr. Aldrich's file.

Promptly after my appearance in the action was terminated, I prepared Mr. Aldrich's file to transfer it pursuant to his request. The file is extensive and, if packed for shipping, would fill at least ten cartons. My assistant contacted MCI Shirley (where Mr. Aldrich is presently incarcerated) and was told that he cannot receive cartons by mail, that they are considered to be contraband, and that any shipped to him would be put in the prison warehouse. Since learning this, I have written two letters to Mr. Aldrich requesting that he advise me of where he would like me to send his file. He has not responded to these letters and the file is still in my office.

Mr. Aldrich should already have in his possession all of the papers filed with the Court in this action, since he represented himself for over the first year of the case and I sent him every substantive filing made while I was his counsel. I also sent Mr. Aldrich a copy of all of the deposition transcripts in the action as soon as the parties received them from the stenographers. I recently also broke down my correspondence file and sent it to Mr. Aldrich in three expandable mailing envelopes. At this point, I believe that the only portions of the file that he has not already received during the litigation are the documents that the parties produced in discovery. These fill at least one filing cabinet drawer, although many of them relate solely to claims against the Town of Milton and certain individual police officers which were dismissed at summary judgment. I explained the information in this paragraph to Mr. Aldrich in my second letter to him.

I remain ready to transfer any portion or all of Mr. Aldrich's case file upon receipt of his written direction, or otherwise upon order of the Court.

{B1520318; 1}
BOSTON   NEW YORK   WASHINGTON, DC


PRINTED WITH SOY INKS   30% PCW

Ms. Jennifer Gaudet
December 13, 2012
Page 2

Thank you for your assistance.

Very truly yours,

*[signature]*

Ilene Robinson Sunshine

Direct line: 617 338 2928
isunshine@sandw.com

cc: Mr. Robert Aldrich

{B1520318; 1}