UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 09-11282-WGY

ROBERT ALDRICH,
    **Plaintiff,**

v.

TOWN OF MILTON, MILTON POLICE DEPARTMENT, MICHAEL BREEN, LAWRENCE LUNDRIGAN, \*\*\*\* NEE, PAUL NOLAN, CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KEVIN DOOGAN, MICHAEL LINSKY, JOHN NGUYEN,
    **Defendants.**

## DEFENDANT KEVIN DOOGAN'S MOTION FOR PRO SE PLANITIFF TO SUBMIT WRITTEN QUESTIONS AND ANSWERS FOR PLAINTIFF'S OWN DIRECT EXAMINATION

Now comes the Defendant, Kevin Doogan ("Defendant Doogan"), and hereby moves this Honorable Court to order the Plaintiff to submit written questions and answers to his own direct examination. Defendant Doogan further requests that the Court order the Plaintiff to produce said questions and answer no later than January 28, 2013.

As reasons for this motion, Defendant Doogan states that Plaintiff recently became a pro se litigant as his counsel has withdrawn from the case. Trial is scheduled to being in February 2013. Having the Plaintiff simply testify at trial in a narrative fashion prejudices Defendant Doogan significantly. A narrative form of direct examination does not afford the same safeguards as a typical direct examination. Without any direct examination questions, Defendant Doogan would have no way of objecting to any inadmissible evidence prior to it coming in. Instead, it would lead to Defendant Doogan repeatedly moving to strike or requesting limiting

instructions if the jury should hear inadmissible evidence. By ordering the Plaintiff to submit written questions and answers to his own direct examination, Defendant Doogan can either move in limine to exclude certain evidence and/or object after the question is asked thereby preventing the jury from hearing potentially inadmissible evidence.

For this reasons, Defendant Doogan respectfully requests that the Court order the Plaintiff to submit written questions and answers to his own testimony by January 28, 2013.

Respectfully submitted:

DEFENDANT KEVIN DOOGAN

By his attorneys:

  /s/ Raquel D. Ruano
Attorney Raquel D. Ruano
P.O. Box 94
Georgetown, MA 01833
(617) 963-9909
attorneyruano@gmail.com
BBO# 658735

Attorney Lisa Maki
Assistant Corporation Counsel
1 City Hall Plaza, Room 615
Boston, MA 02110
(617) 635-4022
Lisa.Maki@cityofboston.gov
BBO# 675344

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to the non-registered participants via first class mail on January 7, 2013.

                                              _/s/ Raquel D. Ruano___
                                              Raquel D. Ruano

## **LOCAL RULE 7.1 CERTIFICATION OF COUNSEL**

Defendant Kevin Doogan, through counsel, did not confer with the Plaintiff on this matter as Plaintiff is an incarcerated pro se litigant.

Date: January 7, 2013             /s/ Raquel D. Ruano
                                  Raquel D. Ruano