```
                    Robert Aldrich
                     MCI Shirley
                    P.O. Box 1218
                   Shirley, MA 01464
```

Matthew Paine, Clerk                    February 13, 2013
U.S. District Court
1 Courthouse Way
Boston, MA 02210


Re:   Aldrich v. Town of Milton, et al.
      C.A. No. 09-11282-WGY


Dear Mr. Paine:

   Please provide me with a copy of the last three pages of my docket entry sheet so that I can update my records on the proceedings that occurred on February 11, 2013.

   Also, please provide me with a status on why I did not appear in court for trial on the 12th and 13th. I was awaken at 5:00AM on both days, told I was going to court, then I was told that my court trip had been cancelled without any explanation.

   Thank you for your time and kind assistance in this matter. Oh, should there be any further changes in dates, please contact Ms. Monica Forrest, caseworker here at MCI Shirley to convey the message to me.

   Thank you.


                                        Very truly,

                                        Robert Aldrich


cc: File/