UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Robert Aldrich )<br>Plaintiff )<br> )<br>v. )<br> )<br>Town of Milton, et al, )<br>Defendants ) | C.A. No. 09-11282-WGY |

## PLAINTIFF'S MOTION FOR SANCTIONS AGAINST
## ATTORNEYS JEREMY SILVERFINE AND JOHN CLOHERTY

Pursuant to Fed.R.Civ.P. 11(b)(1)-(4), the plaintiff, Robert Aldrich, respectfully moves this Honorable Court to impose sanctions on attorneys Jeremy Silverfine and John Cloherty for attempting to deceive the Court by nefariously and mellifluously representing to the newly assigned trial judge (Young, J.) the same "100 rods" jurisdictional argument, which was previously ruled upon and rejected by this court.

In Support thereof, Aldrich asserts the following:

1. On July 9, 2012, during summary judgment proceedings, Magistrate Judge Collings issued a Report and Recommendation ruling, inter alia, that:

    "The Court reads the provision [G.L.c. 277, §57] as dealing with the jurisdiction of courts.  In the absence of any Massachusetts law providing that this statute also applies to the police action over town or city boundaries, the Court rules that is [sic] cannot be used to justify a stop by a Milton police officer in the City of Boston regardless of how many rods over the border the stop occurred." [Collings, M.J., 234, n.3];

2. On July 25, 2012, then presiding District Court Judge Tauro issued an ORDER accepting and adopting Magistrate Collings Report and Recommendation. [Tauro, J., 254];

3. On February 11, 2013, when newly assigned trial judge, District Court Judge Young, asked defense attorneys for a response to the question of the jurisdictional authority of Milton police officers in the City of Boston, attorneys Jeremy Silverfine and John Cloherty attempted to deceive the Court by reintroducing the previously excluded "100 rods" law to purposely mislead the newly assigned trial judge, and to further burden the trial court with pettifoggery and a frivolous legal argument, which was previously rejected by this Court. [Collings, M.J., 234, n.3];

4. Attorneys Jeremy Silverfine and John Cloherty's misrepresentation to the court was willful and knowing, and nothing more than a scandalous attempt to weigh this court down in frivolous litigation by reintroducing, (through a game hide and seek), the already excluded "100 rods" jurisdictional argument to further "harass" the pro se litigant, "cause unnecessary delay" and "needlessly increase the cost of litigation";

5. Despite several years of costly litigation, attorneys Jeremy Silverfine and John Cloherty have repeatedly disregarded the prevailing laws, which clearly show that Milton police officers lacked jurisdictional authority in the City of Boston on the day in question, yet attorneys Silverfine and Cloherty continued to unnecessarily burden the court with unsupportable "factual contentions" that the Milton police officer's extraterritorial motor vehicle stop of the plaintiff, outside of his jurisdiction, was somehow lawful, is not only specious, but super frivolous and the primary reason for the unnecessary delay, which needlessly increased the cost of litigation in this civil action.

## **REQUESTED SANCTIONS**

For the foregoing reasons, plaintiff requests that this Honorable court imposed the following sanctions:

1. Pursuant to Fed.R.Civ.P. 11(c)(4), plaintiff requests that the court imposed sanctions of ten thousand dollars ($10,000.00) against attorney Jeremy Silverfine and John Cloherty, each, and

2. That that court imposed any other sanction it deems appropriate.

**WHEREFORE**, plaintiff prays that this Honorable Court will allow this motion, and impose sanctions against both attorneys Jeremy Silverfine and John Cloherty, accordingly.

**Respectfully submitted,**

Robert Aldrich
MCI Shirley
P.O. Box 1218
Shirley, MA 01464

February 14, 2013

**CERTIFICATE OF SERVICE**

I, Robert Aldrich, hereby certify that on this 14th day of February 2013, I have served the defendants with a copy of the foregoing documents by first class mail, postage prepaid.

Robert Aldrich

-3-