UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE.

2013 MAR -1  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Robert Aldrich
 Plaintiff

v.

Town of Milton, et al,
 Defendants

C.A. No. 09-11282-WGY

### MOTION FOR JURY VIEW OF LENOXDALE ROAD, SAINT BRENDAN AVENUE, NASHUA STREET JAIL, AND BOSTON POLICE TRANSPORT WAGON

The Plaintiff, Robert Aldrich ("Aldrich") respectfully moves this Honorable Court for a "Jury View" of Lenoxdale Road, Saint Brendan Avenue and the Nashua Street Jail in the City of Boston. As demonstrative evidence, the jury can examine and assess the area, traffic, conditions, and location where Aldrich was stopped, searched and arrested.

Further, Aldrich requests a jury view of the prisoner's compartment and rear area of the Boston Police Transport Wagon:

A. **Defendant Michael Breen**:

1. The proof of Aldrich's case, through a jury view, will provide the jury with observable evidence to help the jury to fully understand and assess the location evidence to determine that Breen could not possibly discern the make, model, type or color of the vehicle, which he alleged was facing him in the middle of the street, approximately 150 feet down Lenoxdale Road;

2. The proof of Aldrich's case, through a jury view, will provide the jury with observable evidence of distance and traffic flow on Gallivan Blvd. and Saint Brendan Ave. and help the jury to fully understand and assess Breen's extraterritorial motor vehicle stop and search of Aldrich on Saint Brendan Avenue, in the City of Boston.

B. **Defendant Kevin Doogan**:

1. The proof of Aldrich's case, through a jury view, will provide the jury with observable evidence of the area, height, width, length, and the structure of the stone stair way in front of the Nashua Street Jail where Doogan used excessive force on Aldrich, the jury will be able to fully understand and assess how precarious it would have been to drag Aldrich down the stone stair steps in a headlock.

2. The proof of Aldrich's case, through a jury view, will provide the jury with observable evidence of the size, contours, height, metal frame work, and rear steps of the Boston Police Transport Wagon where Doogan used excessive force on Aldrich, and the jury will be able to fully understand and assess the physical injury and pain Aldrich sustained when Doogan threw him in the back of the police transport wagon, face first, while handcuffed behind his back.

If the Court declines to exercise its discretion for a jury view, alternatively, Aldrich requests that the Court instruct the attorney for the Boston Police Officer to produce and provide Aldrich with 8 1/2 x 11 color copies of photographs of the rear metal steps area and rear inside prisoner holding compartment area of the Boston Police Wagon, for trial purposes. Aldrich cannot obtain such photographs of Boston Police vehicles and equipment.

## **CONCLUSION**

The Court has discretion to weigh the probative value of the above demonstrative evidence (which cannot be fairly measured and assessed through the usual presentment of courtroom exhibits), and to allow the jury to view the places in question property or other things relative to this case. The purpose of a jury view would allow the jury, as finders of fact, to inspect geographical locations or things relevant to the issues in this case, and thereby better understand and weigh the testimonial evidence as it relates to various locations, area, conditions, traffic, and points of observation, which may be introduced at trial by the parties.

**Respectfully submitted,**

Robert Aldrich
MCI Shirley
P.O. Box 1218
February 18, 2013                                                              Shirley, MA 01464

**Certificate of Service**

I, Robert Aldrich, hereby certify that on this 18th day of February 2013, I have served the defendants with a copy of the foregoing Motion, by first class mail, postage prepaid.

Robert Aldrich