UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2013 MAR -1  A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Robert Aldrich
 Plaintiff

v.

Town of Milton, et al,
 Defendants

C.A. No. 09-11282-WGY

# MOTION FOR SANCTIONS AND DISCIPLINARY ACTION AGAINST ATTORNEY JEREMY I. SILVERFINE

Pursuant to Fed.R.Civ.P. 11(c), Local Rule 83.6, and Massachusetts Local Bankruptcy Rules 2090-2, the plaintiff moves this Honorable Court to impose sanctions and to initiate disciplinary actions against Attorney Jeremy I. Silverfine for willful misrepresentation and committing fraud upon this Court by conspiring with Attorney Richard M. Schifone, to conceal and misrepresent bankruptcy proceedings filed by Defendant Michael Breen, (Bankruptcy Petition No. 10-43234)

In support thereof, plaintiff asserts the following:

## FACTS

1. On July 30, 2009, plaintiff filed this civil action against several defendants, including Defendant Michael Breen (hereafter "Breen"), as the principal defendant party. See copy of District Court docket sheet no. 09-11282-WGY.

2. On June 27, 2010, Breen filed a Bankruptcy Petition (no. 10-43234), in the United States District Bankruptcy Court, in an attempt to conceal his assets, transfer his property, and divert his financial interests as a preemptive act to avoid paying potential substantial liability damages in this civil action. See copy of Bankruptcy Court docket sheet no.10-43234.

3. Breen knowingly and willfully committed perjury and fraud upon the Bankruptcy Court when he failed to declare in his Bankruptcy Petition that this civil action was pending against him since 2009.

4. Attorney Richard M. Schifone, filed numerous documents and certifications on behalf of Breen in Bankruptcy Court; therefore, Attorney Schifone knowingly and willfully was an active participant or he should have known that by aiding Breen to conceal information from the Bankruptcy Court regarding this pending civil action was a willful act to manipulate the courts, subvert the law, and willfully violated his ethical and professional standards.

5. On October 20, 2009, Attorney Jeremy I. Silverfine, filed a Notice of Appearance in this civil action on behalf of Defendant Michael Breen [20].

6. In 2010, 2011, and 2012, Attorney Silverfine did not notify the plaintiff or this Court that his client, Breen, had filed for bankruptcy.

7. Attorney Silverfine's act of "hide and seek" was nothing more than willful acts of omission, which substantially aided Attorney Schifone to effectively conceal and manipulate Breen's bankruptcy proceedings in both Courts.

8. In 2012 Attorney Silverfine knowingly and willfully allowed Breen to perjury himself and provide false testimony during his deposition. Breen claimed that no other suits or legal matters were outstanding against him, and concealed the fact that he was engaged in bankruptcy proceedings during that time.

9. On February 11, 2013, after representing Breen in this civil action for nearly four years, Attorney Silverfine knowingly and willfully withheld from this Court the fact that Breen had filed for bankruptcy in 2010, which should have been disclosed during discovery.

10. On February 11, 2013, when Judge Young inquired about Breen's bankruptcy, Attorney Silverfine knowingly and willfully misrepresented to this Court that Breen's Bankruptcy Petition was "filed before this civil action commenced." Attorney Silverfine's statement was completely false and intended to mislead the Court.

## CONCLUSION

**WHEREFORE**, for the above reasons, plaintiff requests that this Honorable Court impose the following sanctions against Attorney Jeremy I. Silverfine:

| | | |
|---|---|---|
| 1. For aiding Breen to conceal bankruptcy proceedings: | | $25,000.00 |
| 2. For concealing Breen's bankruptcy during discovery: | | $25,000.00 |
| 3. For concealing Breen's bankruptcy during depositions: | | $25,000.00 |
| 4. For withhold from this Court Breen's Bankruptcy: | | $25,000.00 |
| 5. For willful misrepresentation to this Court: | | $25,000.00 |
| 6. For willfully committing fraud upon the Court: | | $50.000.00 |
| 7. Cost for Breen's deposition: | | TBD |
| | Total: | $175.00.00 |

8. Refer to the Board of Bar of Overseers to investigate for disciplinary action.
9. Any other action this court deems appropriate.

Respectfully submitted,

*Robert Aldrich*
Robert Aldrich
MCI Shirley
P.O. Box 1218
Shirley, MA 01464

February 18, 2013

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I Robert Aldrich, hereby declare and verify under the pains and penalties of perjury that the above statements are true and correct.

*Robert Aldrich*
Robert Aldrich

Certificate of Service

I, Robert Aldrich, hereby certify that on this 18th day of February 2013, I have served Attorney Jeremy Silverfine with a copy of the foregoing Motion for Sanctions and Disciplinary Against Attorney Jeremy I. Silverfine, by first class mail, postage prepaid.

*Robert Aldrich*
Robert Aldrich